# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Michael Westly Matracia | **Case No :** 13–28288 – D – 11<br>**Date :** 8/21/13<br>**Time :** 10:00 |

**Matter :** [19] – Motion/Application to Value Collateral of Chase Home Finance, LLC [DJH–2] Filed by Debtor Michael Westly Matracia (kvas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Daniel J. Hanecak
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

Dated: August 24, 2013

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court