# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

**Case Title :**   Michael Westly Matracia    **Case No :**  13–28288 – D – 11
**Date :**    8/13/13
**Time :**    10:00

**Matter :**   [25] – Motion/Application to Use Cash Collateral [DJH–3] Filed by Debtor Michael Westly Matracia (kvas)
[25] – Motion/Application for Adequate Protection [DJH–3] Filed by Debtor Michael Westly Matracia (kvas)

**Judge :**    Robert S. Bardwil
**Courtroom Deputy :**    Nancy Williams
**Reporter :**    Diamond Reporters
**Department :**    D

**APPEARANCES for :**
**Movant(s) :**
      Debtor(s) Attorney – Daniel J. Hanecak
**Respondent(s) :**

---

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

**Dated:**  August 24, 2013

Robert S. Bardwil, Judge
United States Bankruptcy Court