# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Michael Westly Matracia | **Case No :** | 13−28288 − D − 11 |
| | | **Date :** | 8/21/13 |
| | | **Time :** | 10:00 |

**Matter :** [14] – Motion/Application to Employ Daniel J. Hanecak as Attorney(s) [DJH−1] Filed by Debtor Michael Westly Matracia (kvas)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
　　Debtor(s) Attorney – Daniel J. Hanecak
**Respondent(s) :**
(by phone)　Creditor's Attorney – Daniel Fujimoto

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied.

Dated: August 24, 2013

*Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court