2

Edmund Gee – 178627
Antonia Darling – 76190
UNITED STATES DEPARTMENT OF JUSTICE
501 "I" Street, Suite 7-500
Sacramento, California 95814
(916) 930-2100/ Fax (916) 930-2099
edmund.gee@usdoj.gov

Attorneys for August B. Landis,
Acting United States Trustee, Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No.: 13-28288-D-11 |
| | ) |
| | ) D.C. No.:  UST-1 |
| MICHAEL WESTLY MATRACIA, | ) |
| | ) Date:  October 2, 2013 |
| Debtor. | ) Time:  10:00 a.m. |
| | ) Place: Robert T. Matsui U.S. Courthouse |
| | )          Courtroom 34 (Bardwil, J.) |
| | )          Sacramento, California |

DECLARATION OF EDMUND GEE IN SUPPORT OF
UNITED STATES TRUSTEE'S OBJECTION TO
DEBTOR'S SMALL BUSINESS NON-DESIGNATION

I, Edmund Gee, declare:

   1.  I am an attorney licensed and authorized to practice law in the State of California, and before the United States District Court, Eastern District of California, and before the United States Bankruptcy Court, Eastern District of California.

   2.  I am employed as a trial attorney in the United States Department of Justice, Office of the United States Trustee, Sacramento, California ("Office of the United States Trustee").  In that capacity, I represent August B. Landis, the Acting United States Trustee for the Eastern and Northern Districts of California and the District of Nevada (Region 17) ("United States Trustee") on matters involving the civil enforcement of title 11 of the United States Code and any related

1

federal law, and the supervision of the administration of bankruptcy cases under title 11 of the United States Code.

3.   On behalf of the United States Trustee, I conducted the meeting of creditors for this case, on July 25, 2013 ("Meeting of Creditors").

4.   The debtor in this case is an individual, Michael Westly Matracia ("Debtor").

5.   At the Meeting of Creditors, an individual appeared and stated that his name is "Michael Westly Matracia."  Mr. Matracia provided identification to me, showing that he is an individual named "Michael Westly Matracia."  Mr. Matracia stated under oath that he is the debtor in the bankruptcy case of Michael Westly Matracia, Case No. 13-28288.

6.   After interviewing the Debtor, I concluded the Meeting of Creditors on July 25, 2013.

7.   I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of August 2013, at Sacramento, California, by:

/S/ Edmund Gee  
EDMUND GEE

E-filer: Edmund Gee  
E-mail: edmund.gee@usdoj.gov
