5
Edmund Gee, 178627
Trial Attorney
Antonia G. Darling, 76190
UNITED STATES DEPARTMENT OF JUSTICE
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099
edmund.gee@usdoj.gov

Attorneys for August B. Landis,
Acting United States Trustee, Region 17

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 13-28288-D-11 |
| MICHAEL WESTLY MATRACIA, | DCN: UST-1 |
| | Date: October 2, 2013<br>Time: 10:00 a.m.<br>Place: Robert T. Matsui U.S. Courthouse<br>Courtroom 34 (Bardwil, J.)<br>Sacramento, California |
| Debtor. | |

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 501 "I" Street, Suite 7-500, Sacramento, California. I am over the age of eighteen years and not a party to the foregoing action.

On August 26, 2013, I served the within:

1. United States Trustee's Objection to Debtor's Small Business Non-Designation;

2. Declaration of Edmund Gee in Support of United States Trustee's Objection to Debtor's Small Business Non-Designation.

| | |
|---|---|
| 1 | \_\_\_XXXX\_\_\_ By placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, in the United States post office mailbox at Sacramento, California addressed as set forth below: |

\_\_\_XXXX\_\_\_ By placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, in the United States post office mailbox at Sacramento, California addressed as set forth below:

Michael Westly Matracia
P.O. Box 441
Orangevale, CA   95662

Daniel J. Hanecak, Esq.
700 E Street
Sacramento, CA   95814

THE WOLF FIRM, A LAW CORPORATION
2955 Main Street, Second Floor
Irvine, CA   92614

\_\_\_XXX\_\_\_ On the same date, the attached list of 20 largest unsecured claims were mailed a copy of all the above-referenced documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2013, at Sacramento, California.

/S/   L. Renee Morgan
L. Renee Morgan, Senior Paralegal

E-filer: Edmund Gee, Attorney for
August B. Landis, Acting United States Trustee
E-mail: edmund.gee@usdoj.gov

Case 13-28288    Filed 06/19/13    Doc 1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re    **Michael Westly Matracia**
Debtor(s)

Case No.
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| ACB American Inc.<br>P O Box 117<br>Cincinnati, OH 45201-0177 | ACB American Inc.<br>P O Box 117<br>Cincinnati, OH 45201-0177 | Charge Account | Disputed | 1,975.25 |
| Amsher Collection Services<br>600 Beacon Parkway W.<br>Suite 300<br>Birmingham, AL 35209-3114 | Amsher Collection Services<br>600 Beacon Parkway W. Suite 300<br>Birmingham, AL 35209-3114 | Charge Account | Disputed | 27,014.78 |
| Anthony Matracia<br>5609 Mariposa Ave.<br>Citrus Heights, CA 95610 | Anthony Matracia<br>5609 Mariposa Ave.<br>Citrus Heights, CA 95610 | 2002 Yukon - Debtor's Residence | | 7,500.00<br><br>(4,200.00 secured) |
| California Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240 | California Franchise Tax Board<br>PO Box 942840<br>Sacramento, CA 94240 | | | 585.11 |
| Chase Bank USA, N.A.<br>300 South Grand Avenue<br>Fourth Floor<br>Los Angeles, CA 90071 | Chase Bank USA, N.A.<br>300 South Grand Avenue Fourth Floor<br>Los Angeles, CA 90071 | Charge Account | | 3,000.21 |
| Citi Financial Retail Services<br>P O Box 6933<br>The Lakes, NV 88901-6933 | Citi Financial Retail Services<br>P O Box 6933<br>The Lakes, NV 88901-6933 | Charge Account | Disputed | 3,394.49 |
| Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Charge Account | Disputed | 1,012.27 |
| First Comp<br>P O Box 2849<br>Omaha, NE 68103-2849 | First Comp<br>P O Box 2849<br>Omaha, NE 68103-2849 | Charge Account | | 712.18 |
| HCC Surety Group<br>601 South Figueroa St. Suite 1600<br>Los Angeles, CA 90017 | HCC Surety Group<br>601 South Figueroa St. Suite 1600<br>Los Angeles, CA 90017 | Bond | Contingent<br>Disputed | 1,429.30 |
| Home Improvement & Remodeling<br>P O Box 2374<br>Granite Bay, CA 95746 | Home Improvement & Remodeling<br>P O Box 2374<br>Granite Bay, CA 95746 | Charge Account | | 912.36 |

B4 (Official Form 4) (12/07) - Cont.

In re  Michael Westly Matracia _____                Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IRS<br>Internal Revenue Service<br>Fresno, CA 93888 | IRS<br>Internal Revenue Service<br>Fresno, CA 93888 | | | 5,186.00 |
| Lamont, Hanley & Associates<br>1138 Elm Street<br>P O Box 179<br>Manchester, NH 03101-1514 | Lamont, Hanley & Associates<br>1138 Elm Street<br>P O Box 179<br>Manchester, NH 03101-1514 | Charge Account | Disputed | 1,306.18 |
| Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Charge Account | Disputed | 1,999.85 |
| Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Charge Account | Disputed | 57,956.00 |
| Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Midland Credit Managment<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Charge Account | Disputed | 31,583.00 |
| Sacramento Adventist Academy<br>5601 Winding Way<br>Carmichael, CA 95608 | Sacramento Adventist Academy<br>5601 Winding Way<br>Carmichael, CA 95608 | Charge Account | | 4,450.00 |
| Schools First Credit Union<br>P O Box 11547<br>Santa Ana, CA 92711-1547 | Schools First Credit Union<br>P O Box 11547<br>Santa Ana, CA 92711-1547 | Truck | | 530.15<br><br>(0.00 secured) |
| Stanislaus Credit Control Service<br>914 14th Street<br>P O Box 480<br>Modesto, CA 95353 | Stanislaus Credit Control Service<br>914 14th Street<br>P O Box 480<br>Modesto, CA 95353 | Medical | | 541.32 |
| Wells Fargo<br>P O Box 348790<br>Sacramento, CA 95834 | Wells Fargo<br>P O Box 348790<br>Sacramento, CA 95834 | Credit card purchases | Disputed | 5,546.55 |
| Wells Fargo Card Services<br>P O Box 9210<br>Des Moines, IA 50306 | Wells Fargo Card Services<br>P O Box 9210<br>Des Moines, IA 50306 | Credit card purchases | Disputed | 23,184.78 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Michael Westly Matracia** _____    Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, **Michael Westly Matracia**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 19, 2013** _____    Signature  **/s/ Michael Westly Matracia** _____
                                                          **Michael Westly Matracia**
                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.